**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SUSIE TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-CV- |
| | ) | |
| LOWE'S HOME CENTERS, LLC, and | ) | |
| LOWE'S COMPANIES, INC. | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL

Pursuant to 28 U.S.C. §§1332, 1441, and 1446, Defendants Lowe's Home Centers, LLC and Lowe's Companies, Inc. (herein "Defendants"), through their attorneys HEPLERBROOM, LLC., remove to this Court the above-entitled case from the Circuit Court of Cook County, Illinois. In support thereof, Defendants state as follows:

1. The removed case is a civil action filed on June 24, 2021, in the Circuit Court of Cook County, Illinois, bearing case number 2021-L-006478.

2. As required by 28 U.S.C. § 1446(a), attached as Exhibit A are copies of the Complaint and Summons acknowledging service upon Defendants on June 29, 2021.

3. Venue of this removed action is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the state court action was pending.

4. This Notice of Removal is filed by Defendants with this Court within 30 days of receipt by Defendants of service of the initial pleading as required by 28 U.S.C. § 1446(b).

5. Plaintiff, Susie Turner, is an individual citizen and resident of the State of Illinois.

6. Defendant Lowe's Home Centers, LLC is a limited liability company formed under the

1

laws of North Carolina with its principal place of business located in North Carolina. Defendant Lowe's Companies, Inc. is a corporation formed under the laws of North Carolina with its principal place of business located in North Carolina.

7. Defendants were served with the Summons and Complaint on June 29, 2021.

8. Per the Complaint, Plaintiff alleges that she was injured when a door was loaded into her vehicle by a Lowe's employee. Plaintiff further alleges that, as a result of the incident alleged in the Complaint, she "sustained injuries of a personal, permanent and pecuniary nature." Exhibit A, ¶ 8.

9. Upon receipt of the Complaint on July 23, 2021, Defendants' counsel contacted Plaintiff's counsel to inquire about the nature and extent of the alleged injuries, and further, it was requested that Plaintiff stipulate that the amount in controversy exceeds $75,000.00, exclusive of interests and costs.

10. Although Plaintiff's Complaint only prays for damages in an amount in excess of $50,000.00, Plaintiff's counsel has confirmed that Plaintiff will be seeking an amount in controversy in excess of $75,000, exclusive of costs and interests. *See* Stipulation executed by Plaintiff's counsel attached as Exhibit B.

11. Accordingly, Defendants remove this case pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 due to diversity of citizenship among the parties and sufficient amount in controversy.

12. Defendants will promptly serve written notice of the removal of this action upon Plaintiff and will file such notice with the Clerk of the Circuit Court for Cook County, Illinois, as required by 28 U.S.C. § 1446(d).

13. Defendants demand a trial by jury of all issues to be tried.

2

WHEREFORE, Defendant Lowe's Home Centers, LLC and Defendant Lowe's Companies, Inc. respectfully give notice that the above-entitled cause is removed from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois — Eastern Division.

Respectfully Submitted,

LOWE'S HOME CENTERS, LLC. and
LOWES COMPANIES, INC.

By:     *s/Holly C. Whitlock*
        Attorney for Defendants

HeplerBroom LLC
282 Memorial Court
Suite B
Crystal Lake IL 60014
(815) 444-0250
Holly.Whitlock@heplerbroom.com

## <u>PROOF OF SERVICE</u>

I hereby certify that I electronically filed on this __29th__ day of July, 2021, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and via e-mail to the following:

Colin J. O'Malley
Chute, O'Malley, Knobloch & Turcy LLC
218 N Jefferson Street
Suite 2020
Chicago, Illinois 60661
*comalley@chutelaw.com*
*Attorney for Plaintiff*

_____ */s/*  Patricia Matijevic



**LDD / ALL**
**Transmittal Number: 23418304**
**Date Processed: 06/29/2021**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Heather McClow<br>Lowe's Companies, Inc.<br>1000 Lowes Blvd<br>Mooresville, NC 28117-8520 |

| | |
|---|---|
| **Entity:** | Lowe's Companies, Inc.<br>Entity ID Number  2515374 |
| **Entity Served:** | Lowe's Companies, Inc. |
| **Title of Action:** | Susie Turner vs. Lowe's Home Centers, LLC |
| **Matter Name/ID:** | Susie Turner vs. Lowe's Home Centers, LLC (11358781) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Cook County Circuit Court, IL |
| **Case/Reference No:** | 2021L006478 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 06/29/2021 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Colin J. O'Malley<br>312-775-0042 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

EXHIBIT A

FILED DATE: 6/24/2021 8:41 AM  2021L006478

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (03/15/21) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

SUSIE TURNER

_____
Plaintiff(s)

v.

LOWE'S HOME CENTERS, LLC and
LOWE'S COMPANIES, INC.

_____
Defendant(s)

Case No. 2021L006478

*Address:* Defendant: Lowe's Companies, Inc.
*C/O Registered Agent, Illinois Corporation Service C*
*801 Adlai Stevenson Drive*
*springfield, IL 62703*

_____
Address of Defendant(s)

Please serve as follows (check one):    ◯ Certified Mail    ☒ Sheriff Service

## ORIGINAL SUMMONS

**To each Defendant:**

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

### THERE IS A FEE TO FILE YOUR APPEARANCE.

<u>**FILING AN APPEARANCE:**</u> **Your appearance date is NOT a court date.** It is the deadline for filing your appearance/answer. To file your appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE, unless you are unable to eFile your appearance/answer.** You can download an Appearance form at http://www.illinoiscourts.gov/Forms/ approved/procedures/appearance.asp. After completing and saving your Appearance form, you can electronically file (e-File) it with the circuit clerk's office.

File No.: 19-334

**Summons - Alias Summons**                                        **(03/15/21) CCG 0001 B**

**E-FILING:** E-filing is now mandatory with limited exemptions. To e-File, you must first create an account with an e-Filing service provider. Visit http://efile.illinoiscourts.gov/ service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-Filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in- person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

**FEE WAIVER:** If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**COURT DATE:** Your court date will be sent to your e-File email account or the email address you provided to the clerk's office. You can also call or email the clerk's office to request your next court date. You will need to provide your case number OR, if unknown, the name of the Plaintiff or Defendant. For criminal case types, you will also need to provide the Defendant's birthdate.

**REMOTE APPEARANCE:** You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance". Call the Circuit Clerk at (312) 603-5030 or visit their website at www. cookcountyclerkofcourt.org to find out how to do this.

Contact information for each of the Clerk's Office locations is included with this summons. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

6/24/2021 8:41 AM IRIS Y. MARTINEZ

○ **X** Atty. No.: 6270376                 Witness date _____
○ Pro Se 99500

Iris Y. Martinez, Clerk of Court    ☐ Service by Certified
Name: Colin J. O'Malley,                                                            Mail:

Chute O'Malley Knobloch & Turcy                        ☐ _____

Atty. for (if applicable):                          ☐ Date of Service: _____
                                                    (To be inserted by officer on copy left with employer or other person)
     Plaintiff, SUSIE TURNER

Address: 218 N. Jefferson Street, Suite 202

City: Chicago

State: IL        Zip: 60661

Telephone: 312.775.0042

Primary Email COMalley@ChuteLaw.com / SBerns@ChuteLaw.com

File No.: 19-334

FILED DATE: 6/24/2021 8:41 AM 2021L006478

FILED DATE: 6/24/2021 8:41 AM 2021L006478

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info: (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6441

### ALL SUBURBAN CASE TYPES

### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info: (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info: (847) 818-3000

### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info: (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info: (708) 974-6500

### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info: (708) 232-4551

File No.: 19-334

FILED
6/24/2021 8:41 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
13803027

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION**

FILED DATE: 6/24/2021 8:41 AM   2021L006478

| | |
|---|---|
| SUSIE TURNER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No: 2021L006478 |
| | ) |
| LOWE'S HOME CENTERS, LLC and | ) |
| LOWE'S COMPANIES, INC. | ) |
| Defendants. | ) |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, SUSIE TURNER, by and through her attorneys, CHUTE O'MALLEY KNOBLOCH & TURCY, LLC, and complaining of the Defendants, LOWE'S HOME CENTERS, LLC, and LOWE'S COMPANIES, INC. states as follows:

### COUNT I

### LOWE'S HOME CENTERS, LLC

1.     On June 25, 2019, Plaintiff SUSIE TURNER was a customer at a Lowe's store located at 7971 South Cicero, City of Chicago, County of Cook, State of Illinois.

2.     At the time and place aforesaid, Defendant, LOWE'S HOME CENTERS, LLC, owned, operated, managed, maintained and controlled the aforementioned Lowe's store located at 7971 South Cicero, City of Chicago, State of Illinois.

3.     At the time and place aforesaid, the Plaintiff, SUSIE TURNER, was a customer lawfully on the premises.

1

FILED DATE: 6/24/2021 8:41 AM   2021L006478

4.      At the time and place aforesaid, Defendant LOWE'S HOME CENTERS, LLC employed or contracted to employ certain persons to transport, move, carry and load material purchased by customers at the store into vehicles, including Plaintiff's vehicle.

5.      It was the duty of the Defendant, LOWE'S HOME CENTERS, LLC., by and through its agents/servants and/or employees to transport, move, carry and load material purchased by its customers in a reasonable and safe manner so as to not injure its customers, including the Plaintiff.

6.      At the time and place aforesaid, Defendant, LOWE'S HOME CENTERS, LLC, by and through its agents/servants and/or employees dropped a door on the Plaintiff, causing Plaintiff to become injured.

7.      At the time and place aforesaid, Defendant, LOWE'S HOME CENTERS, LLC, was negligent in one or more of the following respects:

a)      Carelessly and negligently loaded a door into a vehicle;

b)      Failed to warn Plaintiff that a door would be dropped;

c)      Failed to train its employees as to proper loading procedures;

d)      Failed to provide sufficient number of employees to load material into customer cars;

e)      Was otherwise careless and negligent.

8.      As a direct and proximate result of one or more of the aforesaid negligent acts and/or omissions of Defendant, LOWE'S HOME CENTERS, LLC., the Plaintiff sustained injuries of a personal, permanent and pecuniary nature.

FILED DATE: 6/24/2021 8:41 AM    2021L006478

WHEREFORE, Plaintiff, SUSIE TURNER, prays that judgment be entered against Defendant, LOWE'S HOME CENTERS, LLC., for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs.

<u>**COUNT II**</u>

<u>**LOWE'S COMPANIES, INC.**</u>

1.      On June 25, 2019, Plaintiff SUSIE TURNER was a customer at a Lowe's store located at 7971 South Cicero, City of Chicago, County of Cook,  State of Illinois.

2.      At the time and place aforesaid, Defendant, LOWE'S COMPANIES, INC., owned, operated, managed, maintained and controlled the aforementioned Lowe's store located at 7971 South Cicero, City of Chicago, State of Illinois.

3.      At the time and place aforesaid, the Plaintiff, SUSIE TURNER, was a customer lawfully on the premises.

4.      At the time and place aforesaid, Defendant LOWE'S COMPANIES, INC. employed or contracted to employ certain persons to transport, move, carry and load material purchased by customers at the store into vehicles, including Plaintiff's vehicle.

5.      It was the duty of the Defendant, LOWE'S COMPANIES, INC.., by and through its agents/servants and/or employees to transport, move, carry and load material purchased by its customers in a reasonable and safe manner so as to not injure its customers, including the Plaintiff.

6.      At the time and place aforesaid, Defendant, LOWE'S COMPANIES, INC., by and through its agents/servants and/or employees dropped a door on the Plaintiff, causing Plaintiff to become injured.

7.      At the time and place aforesaid, Defendant, LOWE'S COMPANIES, INC., was negligent in one or more of the following respects:

3

FILED DATE: 6/24/2021 8:41 AM 2021L006478

a)      Carelessly and negligently loaded a door into a vehicle;

b)      Failed to warn Plaintiff that a door would be dropped;

c)      Failed to train its employees as to proper loading procedures;

d)      Failed to provide sufficient number of employees to load material into customer cars;

e)      Was otherwise careless and negligent.

8.      As a direct and proximate result of one or more of the aforesaid negligent acts and/or omissions of Defendant, LOWE'S COMPANIES, INC.., the Plaintiff sustained injuries of a personal, permanent and pecuniary nature.

WHEREFORE, Plaintiff, SUSIE TURNER, prays that judgment be entered against Defendant, LOWE'S COMPANIES, INC.., for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs.

Respectfully submitted,

CHUTE, O'MALLEY,
KNOBLOCH & TURCY, LLC

By: /s/Colin J O'Malley
Attorneys for Plaintiff

Colin J. O'Malley
CHUTE, O'MALLEY, KNOBLOCH & TURCY, LLC
218 N. Jefferson St. – Suite 202
Chicago, Illinois 60661
(312) 775-0042
comalley@chutelaw.com
Attorney Number: 62647



**LDD / ALL**
**Transmittal Number: 23418283**
**Date Processed: 06/29/2021**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Heather McClow<br>Lowe's Companies, Inc.<br>1000 Lowes Blvd<br>Mooresville, NC 28117-8520 |

| | |
|---|---|
| **Entity:** | Lowe's Home Centers, LLC<br>Entity ID Number 2515365 |
| **Entity Served:** | Lowe's Home Centers, LLC |
| **Title of Action:** | Susie Turner vs. Lowe's Home Centers, LLC |
| **Matter Name/ID:** | Susie Turner vs. Lowe's Home Centers, LLC (11358781) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Cook County Circuit Court, IL |
| **Case/Reference No:** | 2021L006478 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 06/29/2021 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Colin J. O'Malley<br>312-775-0042 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

EXHIBIT A

FILED DATE: 6/24/2021 8:41 AM 2021L006478

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (03/15/21) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

SUSIE TURNER

Plaintiff(s)

v.

LOWE'S HOME CENTERS, LLC and
LOWE'S COMPANIES, INC.

Defendant(s)

Case No. 2021L006478

*Address: Defendant: Lowe's Home Centers, LLC
C/O Registered Agent, Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield, IL 62703*

Address of Defendant(s)

Please serve as follows (check one):    ○ Certified Mail    ☒ Sheriff Service

## ORIGINAL SUMMONS

**To each Defendant:**

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

### THERE IS A FEE TO FILE YOUR APPEARANCE.

**FILING AN APPEARANCE:** **Your appearance date is NOT a court date.** It is the deadline for filing your appearance/answer. To file your appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE, unless you are unable to eFile your appearance/answer.** You can download an Appearance form at http://www.illinoiscourts.gov/Forms/ approved/procedures/appearance.asp. After completing and saving your Appearance form, you can electronically file (e-File) it with the circuit clerk's office.

File No.: 19-334

Summons - Alias Summons                                                  (03/15/21) CCG 0001 B

**E-FILING:** E-filing is now mandatory with limited exemptions. To e-File, you must first create an account with an e-Filing service provider. Visit http://efile.illinoiscourts.gov/ service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-Filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in- person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

**FEE WAIVER:** If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**COURT DATE:** Your court date will be sent to your e-File email account or the email address you provided to the clerk's office. You can also call or email the clerk's office to request your next court date. You will need to provide your case number OR, if unknown, the name of the Plaintiff or Defendant. For criminal case types, you will also need to provide the Defendant's birthdate.

**REMOTE APPEARANCE:** You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance". Call the Circuit Clerk at (312) 603-5030 or visit their website at www.cookcountyclerkofcourt.org to find out how to do this.

Contact information for each of the Clerk's Office locations is included with this summons. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

○ **X** Atty. No.: _6270376_
○ Pro Se 99500

Witness date _6/24/2021 8:41 AM IRIS Y. MARTINEZ_

Name: _Colin J. O'Malley,_

Iris Y. Martinez, Clerk of Court ❑ceby Certified Mail:

_Chute O'Malley Knobloch & Turcy_

❑ _____

Atty. for (if applicable):

❑ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

_____ **Plaintiff, SUSIE TURNER** _____

Address: _218 N. Jefferson Street, Suite 202_

City: _Chicago_

State: _IL_        Zip: _60661_

Telephone: _312.775.0042_

Primary Email _COMalley@ChuteLaw.com  / SBerns@ChuteLaw.com_

File No.: 19-334

FILED DATE: 6/24/2021 8:41 AM   2021L006478

FILED DATE: 6/24/2021 8:41 AM    2021L006478

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION

**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5133

### CIVIL DIVISION

**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5116

### COUNTY DIVISION

**Court date EMAIL:**  CntyCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5710

### DOMESTIC RELATIONS / CHILD SUPPORT DIVISION

**Court date EMAIL:**  DRCourtDate@cookcountycourt.com
                        OR
            ChildSupCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-6300

### DOMESTIC VIOLENCE

**Court date EMAIL:**  DVCourtDate@cookcountycourt.com
Gen. Info:    (312) 325-9500

### LAW DIVISION

**Court date EMAIL:**  LawCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5426

### PROBATE DIVISION

**Court date EMAIL:**  ProbCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-6441

### ALL SUBURBAN CASE TYPES

### DISTRICT 2 - SKOKIE

**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:    (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS

**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:    (847) 818-3000

### DISTRICT 4 - MAYWOOD

**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:    (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW

**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:    (708) 974-6500

### DISTRICT 6 - MARKHAM

**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:    (708) 232-4551

File No.: 19-334

FILED
6/24/2021 8:41 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
13803027

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

SUSIE TURNER                          )
                                      )
      Plaintiff,                  )
                                      )        No: 2021L006478
      v.                          )
                                      )
LOWE'S HOME CENTERS, LLC and          )
LOWE'S COMPANIES, INC.                )
      Defendants.                 )

## COMPLAINT AT LAW

NOW COMES the Plaintiff, SUSIE TURNER, by and through her attorneys, CHUTE

O'MALLEY KNOBLOCH & TURCY, LLC, and complaining of the Defendants, LOWE'S

HOME CENTERS, LLC, and LOWE'S COMPANIES, INC. states as follows:

## COUNT I

## LOWE'S HOME CENTERS, LLC

1.      On June 25, 2019, Plaintiff SUSIE TURNER was a customer at a Lowe's store

located at 7971 South Cicero, City of Chicago, County of Cook, State of Illinois.

2.      At the time and place aforesaid, Defendant, LOWE'S HOME CENTERS, LLC,

owned, operated, managed, maintained and controlled the aforementioned Lowe's store located at

7971 South Cicero, City of Chicago, State of Illinois.

3.      At the time and place aforesaid, the Plaintiff, SUSIE TURNER, was a customer

lawfully on the premises.

1

FILED DATE: 6/24/2021 8:41 AM 2021L006478

FILED DATE: 6/24/2021 8:41 AM 2021L006478

4.    At the time and place aforesaid, Defendant LOWE'S HOME CENTERS, LLC employed or contracted to employ certain persons to transport, move, carry and load material purchased by customers at the store into vehicles, including Plaintiff's vehicle.

5.    It was the duty of the Defendant, LOWE'S HOME CENTERS, LLC., by and through its agents/servants and/or employees to transport, move, carry and load material purchased by its customers in a reasonable and safe manner so as to not injure its customers, including the Plaintiff.

6.    At the time and place aforesaid, Defendant, LOWE'S HOME CENTERS, LLC, by and through its agents/servants and/or employees dropped a door on the Plaintiff, causing Plaintiff to become injured.

7.    At the time and place aforesaid, Defendant, LOWE'S HOME CENTERS, LLC, was negligent in one or more of the following respects:

    a)    Carelessly and negligently loaded a door into a vehicle;

    b)    Failed to warn Plaintiff that a door would be dropped;

    c)    Failed to train its employees as to proper loading procedures;

    d)    Failed to provide sufficient number of employees to load material into customer cars;

    e)    Was otherwise careless and negligent.

8.    As a direct and proximate result of one or more of the aforesaid negligent acts and/or omissions of Defendant, LOWE'S HOME CENTERS, LLC., the Plaintiff sustained injuries of a personal, permanent and pecuniary nature.

FILED DATE: 6/24/2021 8:41 AM   2021L006478

WHEREFORE, Plaintiff, SUSIE TURNER, prays that judgment be entered against Defendant, LOWE'S HOME CENTERS, LLC., for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs.

**COUNT II**

**LOWE'S COMPANIES, INC.**

1.  On June 25, 2019, Plaintiff SUSIE TURNER was a customer at a Lowe's store located at 7971 South Cicero, City of Chicago, County of Cook, State of Illinois.

2.  At the time and place aforesaid, Defendant, LOWE'S COMPANIES, INC., owned, operated, managed, maintained and controlled the aforementioned Lowe's store located at 7971 South Cicero, City of Chicago, State of Illinois.

3.  At the time and place aforesaid, the Plaintiff, SUSIE TURNER, was a customer lawfully on the premises.

4.  At the time and place aforesaid, Defendant LOWE'S COMPANIES, INC. employed or contracted to employ certain persons to transport, move, carry and load material purchased by customers at the store into vehicles, including Plaintiff's vehicle.

5.  It was the duty of the Defendant, LOWE'S COMPANIES, INC.., by and through its agents/servants and/or employees to transport, move, carry and load material purchased by its customers in a reasonable and safe manner so as to not injure its customers, including the Plaintiff.

6.  At the time and place aforesaid, Defendant, LOWE'S COMPANIES, INC., by and through its agents/servants and/or employees dropped a door on the Plaintiff, causing Plaintiff to become injured.

7.  At the time and place aforesaid, Defendant, LOWE'S COMPANIES, INC., was negligent in one or more of the following respects:

3

FILED DATE: 6/24/2021 8:41 AM 2021L006478

a)   Carelessly and negligently loaded a door into a vehicle;

b)   Failed to warn Plaintiff that a door would be dropped;

c)   Failed to train its employees as to proper loading procedures;

d)   Failed to provide sufficient number of employees to load material into customer cars;

e)   Was otherwise careless and negligent.

8.   As a direct and proximate result of one or more of the aforesaid negligent acts and/or omissions of Defendant, LOWE'S COMPANIES, INC.., the Plaintiff sustained injuries of a personal, permanent and pecuniary nature.

WHEREFORE, Plaintiff, SUSIE TURNER, prays that judgment be entered against Defendant, LOWE'S COMPANIES, INC.., for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs.

Respectfully submitted,

CHUTE, O'MALLEY,
KNOBLOCH & TURCY, LLC


By: /s/Colin J O'Malley
Attorneys for Plaintiff

Colin J. O'Malley
CHUTE, O'MALLEY, KNOBLOCH & TURCY, LLC
218 N. Jefferson St. – Suite 202
Chicago, Illinois 60661
(312) 775-0042
comalley@chutelaw.com
Attorney Number: 62647

File No.: 3622.151004

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

|  |  |  |
|---|---|---|
| SUSIE TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Court No. 2021 L 006478 |
| | ) | |
| LOWE'S HOME CENTERS, LLC., and | ) | |
| LOWE'S COMPANIES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION

Plaintiff, Susie Turner, by and through her attorneys, Chute, O'Malley, Knobloch & Turcy LLC, hereby stipulates that she is seeking damages in excess of $75,000, exclusive of costs and interest, in this matter.

Colin J. O'Malley
Chute, O'Malley, Knobloch & Turcy LLC

*Attorney for Plaintiff*
218 N Jefferson Street
Suite 2020
Chicago, Illinois 60661
comalley@chutelaw.com

EXHIBIT B